# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 18, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146733

STATE TREASURER,
      Plaintiff-Appellee,

v

WILLIAM T. LETZGUS,
      Defendant-Appellant,

and

CHERYL L. BLAIN, CATHERINE S. TOWNE
a/k/a CATHERINE S. DOWNING, and
CHEMICAL BANK,
      Defendants.

SC:    146733
CoA:  306679
St. Clair:  11-001765-CZ

_____

      On order of the Chief Justice, the motion the order of March 11, 2013 denying fee waiver and specifying a partial fee is VACATED. The order of the St. Clair County Circuit Court dated September 26, 2011 established that defendant Letzgus has access to sufficient funds to pay the full entry fee of $375. The Clerk is directed to return the application for leave to appeal if the full entry fee is not paid within 21 days.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 18, 2013 _____

_____
Clerk